12 So.2d 871

**Otis C. (alias Ocie) EVANS v. STATE.**

**4 Div. 739.**

Court of Appeals of Alabama.
Nov. 10, 1942.

Rehearing Denied Feb. 2, 1943.

O. P. Lee, of Opelika, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

20 So.2d 892

**Willie EVANS v. STATE.**

**6 Div. 177.**

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

11 So.2d 880

**W. I. EVANS CHEVROLET CO. v. Lonnie SANDERS.**

**8 Div. 283.**

Court of Appeals of Alabama.
Jan. 21, 1943.

Scruggs & Creel, of Guntersville, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

18 So.2d 880

**Elbert EZELLE, Sr., v. STATE.**

**6 Div. 42.**

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 115

**W. C. FAIR v. STATE.**

**7 Div. 769.**

Court of Appeals of Alabama.
Feb. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

19 So.2d 852

**Willie FARLEY v. STATE.**

**1 Div. 498.**

Court of Appeals of Alabama.
Aug. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.